IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| LEROY LEWIS | PETITIONER |
| V. | CAUSE NO. 3:17-CV-324-CWR-LRA |
| SHERIFF BILLY SOLLIE | RESPONDENT |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: Sheriff William D. (Billy) Sollie
Lauderdale County Sheriff's Department
2001 5th Street
Meridian, Mississippi 39301

YOU ARE HEREBY COMMANDED to produce the body of **Leroy Lewis** so that he may appear for a hearing in this lawsuit before the Honorable Carlton W. Reeves, United States District Judge, Southern District of Mississippi, at **501 E. Court Street, Courtroom 5B, Jackson, Mississippi, on February 26, 2018, at 10:00 A.M**. Upon dismissal, at the direction of the Court, you are to return the above-named prisoner to the custody of the Lauderdale County Sheriff's Department and specifically the Lauderdale County Detention Center or any other facility designated by Lauderdale County where he may be lawfully incarcerated.

This the 9th day of February, 2018.

ARTHUR JOHNSTON, CLERK

BY: /s/ _____
Deputy Clerk

The U.S. Marshals Service asks that inmates arrive at the federal courthouse one hour before their hearing time. Please note that these items are prohibited in the courthouse: tobacco products, writing pens, lighters, and keys. For additional information, contact the Marshals Service at 601-608-6890.

**PLEASE BE SURE TO PASS THIS INFORMATION TO YOUR TRANSPORTATION DEPARTMENT. THEY ARE NOT ALLOWED TO BRING PRISONERS IN THROUGH THE FRONT ENTRANCE OF THE COURTHOUSE. PLEASE HAVE THEM CALL 601-608-6890 FOR INSTRUCTIONS.**